ORDERED.

Dated: June 23, 2023

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                           CASE NO. 3:21-bk-00378-JAF
                                                 ADV. NO.: 3:23-ap-00023-JAF
ANGELA M WILLIAMS
JEFFERY M WILLIAMS
                Debtors(s).
GORDON P. JONES, AS TRUSTEE OF
THE ESTATE OF ANGELA M WILLIAMS
AND JEFFERY M WILLIAMS
                Plaintiff.
   vs.

ANGELA M WILLIAMS AND JEFFERY M
WILLIAMS
                Defendant(s)

## JUDGMENT

Upon the default against entered the defendant, Angela M Williams and Jeffery M Williams, and the affidavits of the plaintiff, it is **ORDERED**:

1. The defendant(s)'s discharge is revoked.

2. All injunctive orders previously entered are rescinded, except the stay of an act against property of the estate, under 11 U.S.C. §362(a), shall continue until such property is no longer property of the estate.

3. The Clerk shall notify all creditors and parties in interest of the revocation of the discharge of the defendant(s).

*Clerk's Office to Serve